**FILED IN CHAMBERS**
U.S.D.C. Atlanta

MAY 12 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JERRY ARRIAGA,

Defendant.

CRIMINAL CASE NO.

1:11-CR-197-JEC

### ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [16] recommending accepting defendant's plea of guilty tendered on April 15, 2011. No objections to the Report and Recommendation [16] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [16] and **ACCEPTS** the defendant's plea of guilty as to Counts One, Two, and Three of the Information. Sentencing is set for **MONDAY, August 8, 2011, 2:00 P.M., COURTROOM 2107**.

SO ORDERED this ___12___ day of MAY, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE